FILED
U.S. District Court
District of Kansas

MAY 21 2020

Clerk, U.S. District Court
By \_\_MAM\_\_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Terrell R Jones                          )
_____           )
_____           )
(Enter above the full name of the Plaintiff(s))  )
                                         )
vs.                                      )   Case Number 6:20-cv-1133-JTM-GEB
                                         )
Epic games                               )
Name                                     )
620 Crossroad's Blvd                     )
Street and number                        )
Cary           NC        27518           )
City          State      ZipCode         )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

     (In item A below, place your name in the first blank and place your present address in the
     second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

     A.   Name of plaintiff Terrell Jones
          Address 1126 Inverness Drive Wichita, KS 67218

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Epic Games** is employed at **620 Crossroad's Blvd Cary, NC 27518**

C. Additional Defendants _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of **Kansas**.
2. The first-named defendant above is either
   a. a citizen of the State of _____; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of _____; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

☒ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3. Other grounds (specify and state any statute which gives rise to such grounds):

Multiple act's of Defamation of Character - 21-4004, Multiple act's of Invasion of Privacy - 21-6101

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Additional Pages attached.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

III-Statement of Claim/Relief

I Plaintiff Terrell Jones am a more infamously known music artist by the stage name of Rell, Real or Reel. Roughly october/November 2019 it was made aware (thru social Posting's) that the named defendant had started making and passing along false rumor's and lies while referencing me. This has caused great reputational harm.

Page 1 of 2

Thru the action's stated since the Time they began defendant has Made 1.8 Billion in Revenue. Asking that a Judgment be reached that a Payment of 3,000,000 be made in relief and further intruding in my Personal life be stopped.

Additional Pages attached.

_____

_____

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒   No ☐

VI.  Do you claim actual damages for the acts alleged in your complaint? Yes ☒   No ☐

VII. Do you claim punitive monetary damages?   Yes ☒   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Additional Pages attached.

_____

_____

_____

_____

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐   No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

The action's of the defendent are recently being made known to me.

IX. Related Litigation:

Please mark the statement that pertains to this case:

☒ This cause, or a substantially equivalent complaint, was previously filed in this court as case number 6:20-cv-01097-E and assigned to the Honorable Judge Kenneth G Gale.    JTM-KGG

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Terrell Jones
Signature of Plaintiff

Terrell Jones
Name (Print or Type)

1106 Inverness Dr
Address

<u>Wichita</u>    <u>KS</u>    <u>67218</u>
City         State      Zip Code

<u>501-841-7618</u>
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☒ Wichita,  ☐ Kansas City, or  ☐ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

<u>Terrell Jones</u>
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or  ☐ No }
(Select One)

<u>Terrell Jones</u>
Signature of Plaintiff

Dated: <u>5-19-2020</u>
(Rev. 10/15)

6

Terrell Jones
1106 Inverness
Drive wichita, KS
67218

  

U.S. POSTAGE PAID
FCM LG ENV
WICHITA, KS
67207
MAY 19, 20
AMOUNT
**$1.60**
R2307M152884-11

United States District
Court Clerk's office
401 North Market Street, Room 204
Wichita, Kansas 67202

**RECEIVED**

MAY 21 2020

CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202