Motion to Dismiss       60-241

FILED
U.S. District Court
District of Kansas

JUN 0 1 2020

Clerk, U.S. District Court
By _____ Deputy Clerk

Plaintiff Terrell Jones moves

the court to dismiss any claim's

filed against the defendant EPic

games if any filed.

Terren Jones
1106 Inverness Dr
Wichita, KS
67218

WICHITA KS 670

26 MAY 2020 PM 2 L



united states District Court
clerk's office
Room 204. wichita
Kansas
67202