IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TERRELL R. JONES,
        Plaintiff,

v.                                            Case No. 20-1133-JTM-GEB

EPIC GAMES,
        Defendant.

### ORDER

This matter is before the court on plaintiff Terrell R. Jones's Motion to Dismiss (Dkt. 4) and his Motion for Leave to Proceed In Forma Pauperis (Dkt. 3). Jones requests that the court dismiss "any claims" that were filed against defendant Epic Games. The court's review of the record shows that Epic Games was never served in the matter, has not entered an appearance, and has not filed an answer or motion for summary judgment. Jones would consequently have been entitled to voluntarily dismiss this matter without leave of the court. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Jones' Motion to Dismiss (Dkt. 4) is therefore GRANTED. All claims asserted by Jones against Epic Games are hereby dismissed without prejudice.

The pending Motion for Leave to Proceed In Forma Pauperis (Dkt. 3) is DENIED as moot.

IT IS SO ORDERED this 1st day of June, 2020.

                                                    /s/ J. Thomas Marten
                                                    THE HONORABLE J. THOMAS MARTEN
                                                    UNITED STATES DISTRICT COURT